# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 193rd District Court, Dallas County, Texas | DC-24-18869 |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Plaintiff Robert Allen Bautista, pro se | Pro se |
| Defendant AT&T, Inc. | Maeghan Whitehead and Zoe Stendara |
| | |
| | |
| | |

3. **Jury Demand:**

Was a Jury Demand made in State Court? ☑ Yes ☐ No

If "*Yes,*" by which party and on what date?

Plaintiff Robert Allen Bautista
Party

October 25, 2024
Date

4. **Answer:**

Was an Answer made in State Court? ☐ Yes ☑ No

If "*Yes*," by which party and on what date?

_______________________________ _______________________

Party Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| Defendant AT&T, Inc. | Plaintiff has not served Defendant. |
| | |
| | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| N/A | N/A |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff Robert Allen Bautista | Violations of the Securities and Exchange Act of 1934; civil right action for deprivation of rights under 42 U.S.C. 1983; violations of Texas Securities Act. |