IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:25-cv-00435-K-BN |
| AT&T, INC., | § § | |
| *Defendant.* | § § | |

### DEFENDANT AT&T, INC.'S NOTICE OF FILING STATE COURT NOTICE OF REMOVAL

Defendant AT&T, Inc. files this Notice of Filing State Court Notice of Removal pursuant to 28 U.S.C. § 1446(d) and the Court's Order Requiring Filing of State Court Notice (Dkt. 6) and shows as follows:

1. On February 21, 2025, Defendant filed its Notice to State Court of Removal to Federal Court (the "Notice") in *Robert Allen Bautistia v. AT&T, Inc.*, Cause No. DC-24-18869, 193rd District Court of Dallas County, Texas. The Notice is attached hereto as Exhibit 1.

Dated: March 5, 2025	Respectfully submitted,

/s/ Maeghan Whitehead
**Maeghan Whitehead**
Texas Bar No. 24075270
**Zoe Stendara**
Texas Bar No. 24122986
**KILPATRICK TOWNSEND &
  STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7100
mewhitehead@ktslaw.com
zstendara@ktslaw.com

*Counsel for Defendant AT&T, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document using the Court's CM/ECF system on this 5th day of March 2025. Service on all parties accomplished using the Court's CM/ECF system.

/s/ Maeghan Whitehead
Maeghan Whitehead