# EXHIBIT 1

# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 9294006 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | October 2, 1992 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 14313018831 | **FEIN:** | |

| | |
|---|---|
| **Name:** | AT&T Inc. |
| **Address:** | 175 E HOUSTON ST RM 8-E9<br>SAN ANTONIO, TX 78205-2255 USA |
| **Fictitious Name:** | N/A |
| **Jurisdiction:** | DE, USA |
| **Foreign Formation Date:** | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | | **Address** | | | **Inactive Date** |
| CT CORPORATION SYSTEM | | | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.