United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　214/753-2400
U.S. Magistrate Judge David L. Horan

April 1, 2025

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

　　　　Re:　No. 3:25-cv-435-K-BN, *Bautista v. AT&T Inc.*

Dear Ms. Mitchell:

　　Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case going forward to another magistrate judge for matters that are or may be referred in accordance with the usual procedure.

Sincerely,

David L. Horan
